■ FULGENCIO TIRADO, Plaintiff, v CHRISTOPHER MULLIN et al., Defendants and Third-Party Plaintiffs-Appellants, and WILLETS POINT CONTRACTING CORP., Defendant and Third-Party Defendant-Respondent. CITY OF NEW YORK, Third-Party Defendant-Respondent.—In a negligence action to recover damages for personal injuries, the defendants and third-party plaintiffs appeal from an order of the Supreme Court, Kings County (Bernstein, J.), dated November 28, 1988, which denied their motion to preclude the third-party defendants City of New York and Willets Point Contracting Corp. from adducing proof at trial unless they complied with their discovery requests.

Ordered that the order is affirmed, with costs payable to Willets Point Contracting Corp.

The record before this court demonstrates that the discovery requests of the defendants and third-party plaintiffs have been complied with by the third-party defendants. Accordingly, we conclude that the Supreme Court acted properly in denying the defendants and third-party plaintiffs' motion for a conditional preclusion order. Mollen, P. J., Bracken, Rubin and Sullivan, JJ., concur.